IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO.: 05-00298-01-CR-W-ODS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA EUGENIA MEDINA MILGROM,
a/k/a MARIA EUGENIA MEDINA,
a/k/a GENIE MEDINA.

    Defendant.
_____/

## NOTICE OF CHANGE OF FIRM NAME

PLEASE BE ADVISED that effective September 1, 2007, the law firm of RESTANI, & McALLISTER, P.A. will be changed to the law firm of RESTANI, DITTMAR & HAUSER, P.A. and requests that any and all future correspondence and/or pleadings in the above-captioned matter be addressed accordingly.

RESTANI & McALLISTER, P.A. • 201 Alhambra Circle - Suite 1050 • Coral Gables, Florida 33134
Telephone (305) 445-4090 • Facsimile (305) 445-7728

US Dist. Court Case No: 05-00298-01-CR-W-ODS
Re: <u>United States of America v. Maria Eugenia Medina Milgrom, et al.</u>
Page 2 of 2

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing was furnished by mail on this ___ day of August, 2007 to: **_Attorney for the United States/ Western Dist of Missouri_**: Phillip Eugene Porter, Esq., Senior Litigation Counsel/United States Attorney's Office, Western District of Missouri, 400 East 9th Street, Kansas City, MO 64106.

RESTANI & McALLISTER, P.A.
*Attorneys for Defendant*
SunTrust Bldg - Suite 1050
201 Alhambra Circle
Coral Gables, FL 33134
Tel: 305-445-4090
Fax: 305-445-7728

BY: _____
Jeffrey H. Fink
Fla. Bar No.: 292451      #179825

cc   Ms. Maria Eugenia Medina Milgrom

Kent Hall, Esq.

Ms. Chi P. King
Senior U.S. Probation Officer
Western District of Missouri
400 East 9th Street - Suite 4510
Kansas City, MO 64106